UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEAN M. DONAHUE, | : |
| | : CIVIL ACTION NO. 3:13-CV-1277 |
| Plaintiff | : |
| | : (JUDGE NEALON) |
| v. | : (MAGISTRATE JUDGE BLEWITT) |
| | : |
| LUZERNE COUNTY CORRECTIONAL | : |
| FACILITY, ET AL., | : |
| | : |
| Defendants | : |

## ORDER

NOW, THIS 30th DAY OF JULY, 2013, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 8), is **ADOPTED**:

    A. The Complaint, (Doc. 1), is **DISMISSED with prejudice**;

    B. Plaintiff's motion for leave to proceed in forma pauperis, (Doc. 3), is **GRANTED** for the sole purpose of filing this action;

2. Plaintiff's motion to appoint counsel, (Doc. 9), is **DENIED**;

3. The Clerk of Court is directed to **CLOSE** this case; and

4. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

_____
**United States District Judge**